**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6078**

MICHAEL PAUL PUZEY,

             Petitioner - Appellant,

        v.

WARDEN FCC ALLENWOOD,

             Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:15-cv-00067-GMG-MJA)

Submitted:  June 23, 2016            Decided:  June 28, 2016

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Paul Puzey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Paul Puzey, a federal prisoner, appeals the district court's order denying his motion to alter or amend the district court's prior order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Puzey v. Warden, No. 3:15-cv-00067-GMG-MJA (N.D. W. Va. Jan. 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2